May 28, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

BRAZOS PRESBYTERIAN HOMES, INC. D/B/A BAYOU MANOR HEALTH-CARE CENTER D/B/A BAYOU MANOR, Appellant

NO. 14-14-00479-CV            V.

VANESSA RODRIGUEZ, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Vanessa Rodriguez, signed June 2, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Brazos Presbyterian Homes, Inc. d/b/a Bayou Manor Health-Care Center d/b/a Bayou Manor, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.